# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146565

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CATHERINE GOODMAN,
           Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
           Defendant.

SC: 146565
AGC: 2129-12

_____/

       On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



                  Clerk

p0722